IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

COREY ADAMS,

                Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.

OPINION and ORDER

25-cv-557-amb

---

Pursuant to a joint motion for remand filed by the parties on December 16, 2025, Dkt. 14, IT IS HEREBY ORDERED that the motion is GRANTED and this matter is REMANDED to the Commissioner pursuant to sentence four of Section 205 of the Social Security Act, 42 U.S.C. § 405(g) for further proceedings as set forth in that motion.[1] Specifically, on remand, the Appeals Council will remand the case to administrative law judge (ALJ). The ALJ should offer the claimant the opportunity for a hearing, proceed through the sequential disability evaluation process as appropriate, obtain supplemental vocational expert testimony if warranted, and issue a new decision. In light of this, the motion for judgment on the pleadings, Dkt. 9, is DENIED as moot.

Entered December 17, 2025.

BY THE COURT:

/s/

_____
ANITA MARIE BOOR
Magistrate Judge

---

[1] The parties consented to jurisdiction by a U.S. magistrate judge, and the case was referred to the undersigned on September 5, 2025 to conduct all proceedings and order the entry of judgment. Dkt. 6.